# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CLAUDE GRIFFIN**                                                                                   **PLAINTIFF**

**VS.**                                           **No. 4:05-CV-01279-GH**

**PFIZER, INC.**                                                                                     **DEFENDANT**

## ORDER STAYING ALL PROCEEDINGS PENDING TRANSFER TO MULTIDISTRICT LITIGATION

Defendant has filed a Motion for Stay of Proceedings Pending Transfer. See Document 10. For the reasons outlined in the motion, the Court finds that it is meritorious and it is GRANTED.

**IT IS, THEREFORE, BY THE COURT ORDERED AND ADJUDGED** that all proceedings in this case are hereby stayed pending the transfer of this case to the Northern District of California for consolidated and coordinated pre-trial proceedings as part of *In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation*, MDL-1699.

**IT IS SO ORDERED** this 31st day of October, 2005.

_____
**GEORGE HOWARD, JR.**,
UNITED STATES DISTRICT JUDGE